IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL BARRENECHEA,

    Defendant.
    /

No. CR-92-0403 MMC

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**

Before the Court is defendant Miguel Barrenechea's "Motion for Reconsideration of Petitioner's Pleading Motion for Stay and to Alter and Amend Court Order," filed February 16, 2011, by which defendant seeks reconsideration of the Court's Order Denying Defendant's Motion to Expunge.

Having read and considered defendant's motion for reconsideration, the Court finds defendant has failed to show a cognizable basis for reconsideration.

Accordingly, the motion is hereby DENIED.

Further, to the extent defendant may seek to appeal the instant order, and to the extent his motion for reconsideration may be construed as having been brought in a "habeas corpus proceeding," see 28 U.S.C. § 2253(a), a certificate of appealability is hereby DENIED, for the reason that defendant has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: February 18, 2011

                              MAXINE M. CHESNEY
                              United States District Judge