IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MIGUEL ANGEL BARRENECHEA,<br><br>    Defendant.<br>_____/ | No. C- 92-0403 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR DEFAULT; DIRECTING GOVERNMENT TO SERVE DEFENDANT WITH ITS OPPOSITION BY MAIL; EXTENDING DEADLINE FOR DEFENDANT TO FILE REPLY** |

     By order filed August 28, 2014, the Court directed the government to file, no later than September 26, 2014, a response to defendant Miguel Barrenechea's "Petition for Reduction or Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Based on Retroactive Application of Amendment 782 to Sentencing Guidelines," filed August 8, 2014, and to his "Motion under Title U.S.C. § 3582(c)(2) for Amendment 783, Two-Level Reduction," filed August 25, 2014. On September 26, 2014, the government timely filed opposition to defendant's petition and motion.

     Now before the Court is defendant's "Motion under Rule 55 for Default and Rule 8(b)(6) for Admission of All Facts," filed October 22, 2014, in which defendant asserts the government is in "default" for not filing a response to his petition and motion. Having read and considered defendant's Motion Under Rule 55, the Court rules as follows.

//

Even assuming, <u>arguendo</u>, Rules 55 and 8(b)(6) of the Federal Rules of Civil Procedure are applicable to the instant criminal action, the Court finds the government is not in default, as it did file a timely response to defendant's petition and motion, and, accordingly, defendant's Motion Under Rule 55 is hereby DENIED.

Nevertheless, as it is evident from defendant's Motion Under Rule 55 that defendant did not receive a copy of the opposition, and it is unclear from the Certificate of Service filed by the government how the government caused its opposition to be delivered to defendant,[1] the government is hereby DIRECTED to serve a copy of its opposition on defendant by mail at defendant's address of record, no later than November 7, 2014, and to file proof of service, also no later than November 7, 2014.

In light of the above, the deadline for defendant to file a reply to the government's opposition is hereby EXTENDED to December 12, 2014, as of which date the Court will take the matters under submission.

**IT IS SO ORDERED.**

Dated: October 31, 2014

MAXINE M. CHESNEY
United States District Judge

---

[1] In a Certificate of Service filed September 26, 2014, the government states that one of its employees delivered a copy of the opposition to defendant either "by hand" or to his "offices." (<u>See</u> Certificate of Service, filed September 26, 2014.) Defendant is incarcerated in a federal prison.

2