IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MIGUEL ANGEL BARRENECHEA,<br><br>    Defendant.<br>_____/ | No. C- 92-0403 MMC<br><br>**ORDER DIRECTING CLERK TO NOTIFY FEDERAL PUBLIC DEFENDER'S OFFICE, PROBATION OFFICE, AND UNITED STATES ATTORNEY'S OFFICE OF DEFENDANT'S PETITION AND MOTION; VACATING DEADLINE FOR DEFENDANT TO FILE REPLY** |

    On August 8, 2014, defendant Miguel Barrenechea, proceeding pro se, filed a "Petition for Reduction or Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Based on Retroactive Application of Amendment 782 to Sentencing Guidelines," and, on August 25, 2014, filed a "Motion under Title U.S.C. § 3582(c)(2) for Amendment 783, Two-Level Reduction." By order filed August 28, 2014, the Court set a briefing schedule on the petition and motion, and, in accordance therewith, the government filed opposition on September 26, 2014.

    Thereafter, on October 14, 2014, Chief Judge Claudia Wilken issued Miscellaneous Order 2014.10.14, which sets forth procedures for reviewing all motions seeking sentence reductions under § 3582(c). Under the procedures set forth in Miscellaneous Order 2014.10.14, where, as here, a motion seeking a sentence reduction is filed pro se, the Clerk of Court notifies the Federal Public Defender's Office, the Probation Office, and the

1  United States Attorney's Office of the motion, after which notification said offices are
2  required to file, within 30 days, a status report, motion, or stipulation, including a proposal
3  for how the matter should proceed or be resolved.  The above-referenced procedure was
4  not followed in the instant case, as defendant filed his petition and motion before issuance
5  of Miscellaneous Order 2014.10.14.

6  Given that the above-referenced Miscellaneous Order is applicable to defendant's
7  pending petition and motion, the Clerk of Court is hereby DIRECTED to notify the Federal
8  Public Defender's Office, the Probation Office, and the United States Attorney's Office of
9  the above-referenced petition and motion.

10  In light of the above, the December 12, 2014 deadline for defendant to file a reply to
11  the government's opposition is hereby VACATED.

12  **IT IS SO ORDERED.**

14  Dated:  November 6, 2014

_____
MAXINE M. CHESNEY
United States District Judge