**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIGUEL ANGEL BARRENECHEA,<br><br>　　　　Defendant.<br>_____/ | No. C-92-0403 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION REQUESTING COURT ORDER DIRECTING PROBATION DEPARTMENT TO RELEASE REQUESTED INFORMATION** |

　　　　The Court is in receipt of defendant Miguel Angel Barrenechea's ("Barrenechea") "Motion Requesting a Court Order that Directs the U.S. Probation Department to Release Requested Information," filed October 14, 2015.  Attached to the motion as an exhibit is a letter dated September 10, 2015, from the United States Probation Office, advising Barrenechea that they are "unable to release any records about [his] case without a court order."  Neither the instant motion nor the above-referenced exhibit identifies the information or documents Barrenechea is seeking.

　　　　Accordingly, the motion is hereby DENIED, without prejudice to Barrenechea's filing a renewed motion in which he sets forth the particular information or documents as to which he seeks a court order.

　　　　**IT IS SO ORDERED.**

Dated: October 20, 2015


MAXINE M. CHESNEY
United States District Judge