IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORNEJO et. al.,<br><br>　　　　　Defendant. | Case No. 92-cr-00403-MMC-1<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT JUNE 14 PETITION FOR FILING** |

　　　　The Court is in receipt of defendant Miguel Angel Barrenechea's ("Barrenechea") "Motion to Supplement to Petition Filed June 14th, 2016 Pursuant to F.R.Civ.P. 15(d)." The docket, however, does not reflect that the Clerk of Court received or filed any such petition.

　　　　Accordingly, Barrenechea is hereby DIRECTED to submit to the Clerk of Court, no later than October 21, 2016, a copy of the petition Barrenechea intended to file on June 14, 2016, and include therewith, if available, documentation or other evidence demonstrating that, on or about June 14, 2016, he delivered such petition to prison authorities for mailing, or otherwise deposited such petition in the mail.

　　　　**IT IS SO ORDERED.**

Dated: October 5, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge