United States District Court
Northern District of California

1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   UNITED STATES OF AMERICA,                 Case No. 92-cr-00403-MMC-3
              Plaintiff,
8
                                              **ORDER DENYING DEFENDANT
9       v.                                    BARRENECHEA'S MOTION FOR
                                              APPOINTMENT OF COUNSEL**
10  MIGUEL ANGEL BARRENECHEA,
                                              Re: Dkt. No. 2423
              Defendant.
11
12
13         Before the Court is defendant Miguel Angel Barrenechea's "Motion Requesting

14  Appointment of Counsel Under Criminal Justice Act, Pursuant to 18 U.S.C. § 3006A by a

15  Federal Prisoner," mailed February 13, 2018, and filed with the Clerk of Court on

16  February 16, 2018.  Having read and considered the motion, the Court hereby rules as

17  follows.

18         Defendant requests appointment of counsel for purposes of "seeking [a] remedy

19  under the new Retroactive Reduction in Drug Trafficking sentenc[ing] [guideline]" (see

20  Mot. at 2), namely, Amendment 782 to the United States Sentencing Commission

21  Guidelines ("Amendment 782").  Previously, however, by two motions filed in August

22  2014, defendant sought relief under Amendment 782, and the Court, by order filed June

23  11, 2015, denied those two motions.  As explained in the Court's order, defendant, who

24  was sentenced as a career offender, is ineligible for a reduction under Amendment 782,

25  as "'retroactive amendments regarding sentences under the drug guidelines do not affect

26  individuals who were sentenced as career offenders.'"  (See Order, filed June 11, 2015,

27  at 2 (quoting United States v Charles, 749 F.3d 767, 770 (9th Cir. 2014).)

28  //

1   As any additional request for relief under Amendment 782, as well as any request

2   for reconsideration of the Court's order of June 11, 2015, would be futile, defendant's

3   motion for appointment of counsel is hereby DENIED.

4       **IT IS SO ORDERED.**

5

6   Dated: February 21, 2018

7       MAXINE M. CHESNEY
        United States District Judge