IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL A. BARRENECHEA,<br>Defendant. | Case No. 92-cr-00403-MMC-3<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**<br>Re: Dkt. No. 2428 |

Before the Court is defendant Miguel A. Barrenechea's letter, filed May 8, 2018, by which he seeks reconsideration of the Court's order denying his motion for appointment of counsel. (See Order, filed April 24, 2018.) Having read and considered the letter, which the Court construes as a motion for reconsideration, the Court rules as follows.

Defendant moved for appointment of counsel for the purpose of filing a motion based on the holding in Dimaya v. Lynch, 803 F.3d 1110 (9th Cir. 2015), which decision was recently affirmed by the Supreme Court in Sessions v. Dimaya, 138 S. Ct. 1204 (2018). The motion was denied for the reason that the above-referenced decisions have no applicability to defendant's conviction or sentence. (See Order, filed April 24, 2018, at 1:21 - 2:1.)

In the instant motion for reconsideration, plaintiff fails to show any cognizable basis for reconsideration of the Court's prior order, and, accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**


Dated: May 10, 2018

MAXINE M. CHESNEY
United States District Judge