IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL ANGEL BARRENECHEA,<br>Defendant. | Case No. 92-cr-00403-MMC-3<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE (COMPASSIONATE RELEASE) PURSUANT TO 18 U.S.C. 3582(C)(1)(A)** |

On April 22, 2020, defendant Miguel Angel Barrenechea ("Barrenechea") filed a "Motion for a Reduction of Sentence (Compassionate Release) Pursuant to 18 U.S.C. § 3582(c)(1)(A)." The matter came on regularly for hearing on May 6, 2020. Carmen Anamaria Smarandoiu, Assistant Federal Public Defender, appeared on behalf of Barrenechea, and Sloan A. Heffron, Assistant United States Attorney, appeared on behalf of the government.

The Court, for the reasons stated on the record at the hearing, hereby orders Barrenechea's term of imprisonment on Count One (Conspiracy to Distribute Cocaine) and Count 2 (Possession With Intent To Distribute Cocaine) reduced from a term of life to a term of time served, specifically, 332 months, together with five years supervised release on the conditions specified on the record at the hearing.

In so ordering, the Court finds, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the totality of the following circumstances constitutes "extraordinary and compelling reasons" warranting such reduction: (1) Barrenechea's life sentence for nonviolent drug offenses in which, at the time of sentencing, he was found to be a minor participant; (2) the provisions of the First Step Act of 2018, which, although not retroactive to sentences

imposed before its enactment, lowered, from life to 25 years, the mandatory minimum applicable to the offenses for which Barrenechea was convicted; (3) the nearly 28 years Barrenechea has already served; (4) the fact that the leader of and other participants in the drug conspiracy received substantially lesser sentences and have been released; (5) Barrenechea's record of rehabilitation; and (6) Barrenechea's increased risk of contracting COVID-19 due to his age, as well as the additional potential risk based on his history of latent tuberculosis.

In addition to the above, the Court has considered the factors set forth in 18 U.S.C. § 3553(a), together with whether Barrenechea poses, as provided in 18 U.S.C. § 3142(g), a danger to the safety of any other person or to the community, and finds, for the reasons stated on the record at the hearing, the § 3553(a) factors weigh in favor of reducing Barrenechea's term of imprisonment to time served and that Barrenechea does not pose a danger to any person or the community.

Accordingly, the motion for compassionate release is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: May 7, 2020

MAXINE M. CHESNEY
United States District Judge